UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH MOTOLA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10cv1738(RNC) |
| CAVALRY PORTFOLIO SERVICES, LLC and DOES 1- 10, INCLUSIVE, | : |
| Defendants. | : |

## ORDER REGARDING ATTORNEY'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pending before the court is the motion of Attorney Sergei Lemberg (doc. #22) for leave to withdraw his appearance as counsel for the plaintiff, Keith Motola. The motion is denied without prejudice to renewal after November 10, 2011.

Good cause for the proposed withdrawal of the appearance of Attorney Lemberg having been shown, Mr. Motola is hereby ORDERED to file a pro se appearance or appear through new counsel on or before November 10, 2011.

Mr. Motola is hereby notified that if he fails to file a pro se appearance or appear through new counsel on or before November 10, 2011, as required by this order, a renewed motion for leave to withdraw the appearance of Attorney Lemberg will be granted and the action will be dismissed. See D. Conn. L. Civ. R. 7(e).

Attorney Lemberg is hereby ordered to serve Mr. Motola with a copy of this order by personal service or certified mail on or before October 10, 2011. Any renewal of this motion must be

supported by a certificate showing that Mr. Motola was personally served with a copy of this order in a timely manner.

SO ORDERED at Hartford, Connecticut this 29th day of September, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge