UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH MOTOLA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10CV1738 (RNC) |
| CAVALRY PORTFOLIO SERVICES, LLC. and DOES 1-10, INCLUSIVE, | : |
| Defendants. | : |

JUDGMENT

This action having come on for consideration of the plaintiffs motion to withdraw as attorney [doc.# 25] before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Robert N. Chatigny, United States District Judge and,

The Honorable Donna F. Martinez having considered the full record of the case including applicable principles of law, and having filed a recommended ruling [doc. # 27] granting the plaintiffs motion to withdraw as attorney and recommending that the case be dismissed, and the Court, after review and absent objection, having approved and adopted the recommended ruling; it is hereby

ORDERED, ADJUDGED and DECREED that the plaintiff's complaint be dismissed.

Dated at Hartford, Connecticut, this 29th day of March, 2012.

ROBERTA D. TABORA, Clerk

By ___/s/TG_____
Terri Glynn
Deputy Clerk

EOD   3/29/12